No. 719. K. W. IGNITION COMPANY ET AL. v. TEMCO ELECTRIC MOTOR COMPANY. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Walter F. Murray* for petitioners. *Mr. H. A. Toulmin* and *Mr. H. A. Toulmin, Jr.*, for respondent.

No. 721. EDWARD J. ADER v. UNITED STATES. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James Hamilton Lewis, Mr. Thomas B. Felder, Mr. Edward Maher* and *Mr. Jacob G. Grossberg* for petitioner. No brief filed for the United States.

No. 722. GOLDIE A. SKOLNIK v. UNITED STATES. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James Hamilton Lewis, Mr. Thomas B. Felder, Mr. Edward Maher* and *Mr. Jacob G. Grossberg* for petitioner. No brief filed for the United States.

No. 723. VIRGINIA RAILWAY & POWER COMPANY ET AL. v. CHARLES HALL DAVIS. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Samuel Seabury, Mr. E. Randolph Williams* and *Mr. Thomas B. Gay* for petitioners. *Mr. James Mann* for respondent.

No. 726. L. V. ORSINGER v. CONSOLIDATED FLOUR MILLS COMPANY. January 8, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Michael F. Gallagher* for petitioner. *Mr. Edward Osgood Brown, Mr. George Packard* and *Mr. Cecil Barnes* for respondent.